UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUNO (PKA), USA,

Plaintiff,

-against-

CONSTANTIN FILM, USA, GERMANY; HIGHLIGHT COMMUNICATIONS AG, SWITZERLAND; UNKNOWN UNNAMED ASSOCIATES; CAPCOM, INC., JAPAN,

Defendants.

25-CV-5120 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

On June 18, 2025, Plaintiff, who is proceeding *pro se* and *in forma pauperis* ("IFP") filed a complaint and motion to proceed under a pseudonym. (ECF 1, 3.) By order dated December 1, 2025, the Court denied the motion to proceed under a pseudonym, and directed Plaintiff, within 30 days, to either: (1) move to voluntarily withdraw this action, should they choose not to proceed publicly with this action; or (2) notify the Court by letter that they wish to proceed publicly, under their real name. (ECF 9.) Plaintiff filed motions objecting to that order. (ECF 10, 12, 14, 15.) On May 5, 2026, the Court denied those motions and directed Plaintiff, within 30 days from the date of that order to comply with the December 1, 2025 order. (ECF 16.)

Plaintiff thereafter filed four new motions objecting to the December 1, 2025 order and the May 5, 2026 order. (ECF 17-21.) By order dated May 27, 2026, the Court construed those submissions as motions for reconsideration and denied that relief; directed Plaintiff to comply with its prior orders within 30 days; warned Plaintiff that if they failed to timely comply or show good cause why they could not timely comply, the Court would dismiss the matter without prejudice; and further warned Plaintiff that no further extensions of time would be granted. (ECF 22.)

On June 30, 2026, and July 7, 2026, identical versions of the same motion were docketed in this matter seeking an "Order Extension, Revision & Request for Default re no Show, Plus New Incident to Report." (ECF 23, 24.) In that motion, Plaintiff indicated that they were "still asking the Judge to protect their identity until the Defendants publicly answer the docket" (ECF 23 at 2).

By order dated August 10, 2026, the Court: (1) granted Plaintiff one final opportunity to comply with the prior orders; and (2) again warned Plaintiff that failure to comply would result in dismissal of the matter without prejudice, that no further extensions of time would be granted, and that no other motions or applications for relief would be entertained. (ECF 25.)

On August 19, 2026, Plaintiff filed a motion for *pro bono* counsel. (ECF 26.) On September 9, 2026, Plaintiff filed a motion for an extension of time to comply with the "latest order" and for "financial injunctions against un-named defendant trademark holder." (ECF 27.)

**DISCUSSION**

By orders dated December 1, 2025, May 5, 2026, and August 10, 2026, the Court directed Plaintiff, within 30 days, to either move to voluntarily withdraw this action, should they choose not to proceed publicly with this action; or notify the Court by letter that they wish to proceed publicly, under their real name. Plaintiff has not complied with those orders, notwithstanding multiple opportunities to do so. Accordingly, this matter is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to terminate all pending motions.

The Court further directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated: September 18, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge